AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DOUGLAS ADLER,

V.

ELEANOR I. JENSEN and
J. WALLACE JENSEN,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 - 10963 RGS**

TO: (Name and address of Defendant)

J. Wallace Jensen
c/o Howard Wall
Oak Lane
West Tisbury, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhonda T. Maloney, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA  02110-1904

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                              5-14-04

CLERK                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

County of Dukes County, ss.                                        July 15, 2004

    I hereby certify and return that I this day served an attested copy of the within Summons, together with a copy of the Complaint & Jury Claim and Civil Action Cover Sheet, in this action, upon the within named defendant, J. Wallace Jensen of Aquinnah, Ma., in the following manner: by delivering, in hand, to said defendant.

Fees:
| | |
|---|---|
| service, in hand | 30.00 |
| travel/auto hire | 9.60 |
| attested copies | 5.00 |
| return & mailing | 3.50 |
| Total: | 48.10 |

*Linda J. Hanover*
Linda J. Hanover
Deputy Sheriff
County of Dukes County

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                  Date                                  *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.