UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOUGLAS ADLER,<br>Plaintiff, | )<br>)<br>)<br>)<br>) |  |
| v. | )<br>) | DOCKET NO.: 04-10963RGS |
| ELEANOR I. JENSEN and<br>J. WALLACE JENSEN,<br>Defendants. | )<br>)<br>)<br>)<br>) |  |

### ANSWER AND JURY TRIAL CLAIM OF
### ELEANOR I. JENSEN AND J. WALLACE JENSEN

The Defendants, Eleanor I. Jensen and J. Wallace Jensen, answer the separately numbered paragraphs of the Complaint as follows:

### COUNT I

1. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The Defendants admit the allegations contained in this paragraph.

3. The Defendants deny the allegations contained in this paragraph in that the Title to the property was held by the "Walmark Trust."

4. The Defendants deny the allegations contained in this paragraph.

5. The Defendants deny the allegations contained in this paragraph.

6. The Defendants admit the allegations contained in this paragraph.

7. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

8. The Defendants deny the allegations contained in this paragraph.

## COUNT II

The Defendants' answers to paragraphs 1 through 8 are repeated, reasserted and incorporated herein by reference.

## COUNT III

The Defendants' answers to paragraphs 1 through 8 are repeated, reasserted and incorporated herein by reference.

9. The Defendants deny the allegations contained in this paragraph.

## COUNT IV

The Defendants' answers to paragraphs 1 through 8 are repeated, reasserted and incorporated herein by reference.

9. The Defendants deny the allegations contained in this paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

If the Plaintiff is entitled to recover against the Defendants, any such recovery must be reduced in accordance with the comparative negligence statute, G.L. c. 231, §85, since the negligence of the Plaintiff, Douglas Adler, was the proximate cause of the injuries allegedly sustained.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff was more than 50% at fault in causing the alleged injuries and, therefore, is barred from recovery by the comparative negligence statute, G.L. c. 231, §85.

### THIRD AFFIRMATIVE DEFENSE

The acts or omissions which are alleged to have caused the damages and/or injuries referred to in the Complaint were committed by a third party who was not an agent or employee of the Defendants and for whose acts or omissions the Defendants are not legally responsible.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(4) for insufficiency of process.

### FIFTH AFFIRMATIVE DEFENSE

The Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(5) for insufficiency of service of process.

### SIXTH AFFIRMATIVE DEFENSE

This action is barred by the statute of repose, G.L. c. 260, §2B.

### SEVENTH AFFIRMATIVE DEFENSE

This Court lacks jurisdiction over the person of the Defendants and, therefore, the Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(2).

### EIGHTH AFFIRMATIVE DEFENSE

The Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join a party under Rule 19.

### NINTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted and, therefore, the Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) because there is no privity of contract between the parties.

WHEREFORE, the Defendants demand that this action be dismissed and that judgment enter in the Defendants' favor together with costs.

### THE DEFENDANTS DEMAND TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully Submitted
Eleanor I. Jensen and J. Wallace Jensen,
By their Attorney,

_____(_____
David C. Stadolnik (BBO #551052)
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel.: 617-770-2214

Dated: August 3, 2004

## CERTIFICATE OF SERVICE

I, David C. Stadolnik, attorney for the Defendants, hereby certify that on August 3, 2004, I mailed, first class mail, postage prepaid a copy of the within to:

Rhonda T. Maloney, Esq.
Esdaile, Barrett & Esdaile
75 Federal Street
Boston, MA  02110

David C. Stadolnik