UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOUGLAS ADLER,<br>        Plaintiff | )<br>)<br>)<br>) |  |
| v. | )<br>) | Civil Action No. 04-10963 RGS |
| ELEANOR I. JENSEN and<br>J. WALLACE JENSEN,<br>        Defendants | )<br>)<br>)<br>)<br>) |  |

### JOINT STATEMENT OF THE PARTIES

Counsel conferred by telephone on October 19, 2004, discussed the matters required by the Court's Notice of Scheduling Conference, and report to the Court as follows:

**I.   Proposed Plan for Discovery**

The parties propose that discovery close on August 25, 2005, and proceed as follows:

**a.  Discovery Limitations**

The parties agree that it does not appear necessary that discovery exceed the limitations imposed by Federal Rule of Civil Procedure 26(b) and Local Rule 26.1(C). The parties agree that each side will be limited to ten (10) depositions, twenty-five (25) interrogatories and requests for admission, and fifteen (15) requests for production of documents.

**b.  Phased Discovery**

The parties agree that it would not be beneficial to phase the discovery in this case.

i. Each party will provide automatic discovery required by Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A).

ii.   All written discovery on the issues of liability and damages shall be completed by April 25, 2005.

    iii.    All depositions on the issues of liability and damages shall be completed by June 24. 2005.

    iv.    Expert discovery shall conclude on August 25, 2005 and will be conducted as follows:

        i.    The plaintiff will disclose its expert(s) by June 24, 2005;

        ii.    The defendant will disclose its expert(s) by July 25, 2005;

        iii.    The parties will complete expert depositions by August 25, 2005.

**II.**    **Proposed Schedule for Filing Motions**

The parties agreed upon the following proposed Scheduling Order in this case;

The defendant may file a Motion for Summary Judgment after the close of discovery. The parties have agreed that the defendant will file and serve its motion on or before September 8, 2005; the plaintiff's response to the motion will be filed and served by September 22, 2005; a hearing on the motion, if necessary, shall be held as soon thereafter as the Court's schedule permits.

**III.**    **Certifications**

Counsel for the parties attach hereto and incorporate herein their respective certifications indicating that each has conferred with his or her own client with a view to establishing a budget for the costs of conducting the full course and various alternative course of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted:

| | |
|---|---|
| Douglas Adler | The Defendants |
| By his Attorney, | By Their Attorney, |
| | |
| Rhonda T. Maloney /s/ | David C. Stadolnik /s/ |
| Rhonda T. Maloney, BBO#549519 | David C. Stadolnik, BBO #551052 |
| Esdaile, Barrett & Esdaile | Smith & Brink, PC |
| 75 Federal Street | 122 Quincy Shore Dr. |
| Boston, MA 02110 | Quincy, MA 02171 |
| (617) 482-0333 | (888) 770-2214 |

The Defendants,
By Their Attorneys,


<u>Kenneth Lieberman /s/</u>
Kenneth Lieberman, Esq.
Five East Pleasant St.
Amherst, MA  01002-1501


Date:   10/20/04