UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DOUGLAS ADLER,<br>   Plaintiff<br><br>v.<br><br>ELEANOR I. JENSEN and<br>J. WALLACE JENSEN,<br>   Defendants | CIVIL ACTION NO. 04-10963 RGS |

### JOINT MOTION TO EXTEND DEADLINE FOR WRITTEN DISCOVERY

NOW COME the parties in the above-entitled action and hereby move this Honorable Court to extend the time within which they may conduct written discovery for two (2) months, up to and including the deadline for taking depositions, which is currently June 24, 2005. As grounds therefor, the parties state that the current deadline for written discovery is April 25, 2005. Although the parties have engaged in written discovery, additional time is needed to complete this phase of litigation, and the parties request that they be granted an additional two months to complete written discovery. The parties are not requesting that the additional deadlines, which were adopted by the Court from the Joint Statement of the Parties which was submitted on October 20, 2004, be extended at this time.

WHEREFORE, the parties pray that they be granted an additional two months to conduct written discovery, up to and including June 24, 2005.

| THE PLAINTIFF, | THE DEFENDANTS, |
|---|---|
| By his Attorney, | By their Attorney, |
| /s/ Rhonda T. Maloney | /s/ David C. Stadolnik |
| Rhonda T. Maloney, Esq. | David C. Stadolnik, Esq. |
| BBO No. 549519 | BBO No. 551052 |
| ESDAILE, BARRETT & ESDAILE | SMITH & BRINK, P.C. |
| 75 Federal Street | 122 Quincy Shore Drive |
| Boston, MA  02110 | Quincy, MA  02171 |
| (617) 482-0333 | (617) 770-2214 |

THE DEFENDANTS,
By their Attorney,

/s/ Kenneth Lieberman
Kenneth Lieberman, Esq.
BBO No. 544718
381 College Street
Amherst, MA  01002
(413) 586-0210

Dated: March 31, 2005