UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOUGLAS ADLER,<br>　　　　Plaintiff | )<br>)<br>)<br>) |  |
| v. | ) | CIVIL ACTION NO. 04-10963 RGS |
| ELEANOR I. JENSEN and<br>J. WALLACE JENSEN,<br>　　　　Defendants | )<br>)<br>)<br>)<br>) |  |

PLAINTIFF'S MOTION TO AMEND COMPLAINT
BY ADDING PARTY DEFENDANT

NOW COMES the plaintiff, Douglas Adler, and hereby requests this Honorable Court for leave to add a party defendant, Howard Ivison Wall, Trustee of the Wallmark Realty Trust #2.

As grounds therefor, the plaintiff states that this is a personal injury action arising out of an accident which occurred on or about August 14, 2003 wherein the plaintiff was injured when a deck railing on which he was leaning gave way, causing him to fall backward, sustaining injuries. The home where the accident occurred was being leased at the time of the accident. The current defendants are and/or were believed to be owners of the property where the accident occurred. Documents produced by the defendants in this action indicate that the property may have been owned by Howard Ivison Wall, Trustee of the Wallmark Realty Trust #2 at that time, and that the lease was entered into by Howard Wall, Trustee. The plaintiff is currently awaiting Answers to Interrogatories from the defendants to confirm ownership of the home at the time of

the accident, but wish to add Howard Wall, Trustee of the Wallmark Realty Trust #2 at this time, at least as the lessor of the property where the accident occurred.

As further grounds, the plaintiff states that allowance of the instant Motion will not delay the preparation of this case in any way, that the statute of limitations has not yet run and that the plaintiff would be entitled to bring a separate action against the Trust if required but would prefer to preserve judicial resources as much as possible by adding the Trust to the instant action instead, that inclusion of Howard Wall, Trustee of the Wallmark Realty Trust #2, as a defendant is vital to the plaintiff's claims in this case, and that justice requires that he be granted leave to add Howard Ivison Wall, Trustee of the Wallmark Realty Trust #2, as a party defendant.

    THE PLAINTIFF,
By his Attorney,

/s/ Rhonda T. Maloney
Rhonda T. Maloney, Esq.
BBO No. 549519
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA  02110
(617) 482-0333

Dated:  May 2, 2005

-3-

CERTIFICATE OF SERVICE

I, Rhonda T. Maloney of Esdaile, Barrett & Esdaile, attorney for the Plaintiff, hereby certify that I have this day served a copy of Plaintiff's Motion to Add Party Defendant by first class mail, postage prepaid, to counsel for the defendant as follows:

>Kenneth Lieberman, Esq.
>5 East Pleasant Street
>Amherst, MA  01002

_____
Rhonda T. Maloney

Dated:  May 2, 2005