UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DOUGLAS ADLER,<br>   Plaintiff<br><br>v.<br><br>ELEANOR I. JENSEN and<br>J. WALLACE JENSEN,<br>   Defendants | CIVIL ACTION NO. 04-10963 RGS |

PLAINTIFF'S AMENDED COMPLAINT

COUNT V

  The plaintiff repeats and realleges paragraphs 1 through 8 of Count I of the Complaint and makes them paragraphs 1 through 8 of this Count V as if each were repeated in whole.

9.  The defendant, Howard Ivison Wall, Trustee of the Wallmark Realty Trust #2, at all times material hereto was the owner and/or lessor of the property at 8 Sheeps Pen Lane, Chilmark, Massachusetts where the aforementioned accident occurred.

10.  The aforementioned accident and injuries to the plaintiff were caused by the negligence and carelessness of the defendant, Howard Ivison Wall, Trustee of the Wallmark Realty Trust #2, in failing to maintain the property in a reasonably safe condition, in failing to properly inspect and repair said property, and in failing to warn of the dangerous condition thereon.

  WHEREFORE, the plaintiff, Douglas Adler, demands judgment against the defendant, Howard Ivison Wall, Trustee of the Wallmark Realty Trust #2.

COUNT VI

  The plaintiff repeats and realleges paragraphs 1 through 10 of Count V and make them paragraphs 1 through 10 of this Count VI as if each were repeated in whole.

-2-

11. The aforementioned conduct by the defendant amounts to a breach of warranty of habitability, and said breach caused the accident and injuries to the plaintiff, Douglas Adler.

WHEREFORE, the plaintiff, Douglas Adler, demands judgment against the defendant, Howard Ivison Wall, Trustee of the Wallmark Realty Trust #2.

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS.

THE PLAINTIFF,
By his Attorney,

/s/ Rhonda T. Maloney
Rhonda T. Maloney, Esq.
BBO No. 549519
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA  02110
(617) 482-0333

Dated:  May 2, 2005

-3-

## CERTIFICATE OF SERVICE

    I, Rhonda T. Maloney of Esdaile, Barrett & Esdaile, attorney for the Plaintiff, hereby certify that I have this day served a copy of Plaintiff's Amended Complaint by first class mail, postage prepaid, to counsel for the defendant as follows:

David C. Stadolnik, Esq.  
Smith & Brink, P.C.  
122 Quincy Shore Drive  
Quincy, MA  02171

Kenneth Lieberman, Esq.  
5 East Pleasant Street  
Amherst, MA  01002

 

_____  
Rhonda T. Maloney

DATED:  May 2, 2005