UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ADLER,<br>Plaintiff,<br><br>v.<br><br>ELEANOR I. JENSEN and<br>J. WALLACE JENSEN,<br>Defendants. | DOCKET NO.: 04-10963RGS |

## WITHDRAWAL OF APPEARANCE

Now comes David Stadolnik, Esquire, and hereby withdraws his appearance on behalf of Defendants, Eleanor I. Jensen and J. Wallace Jensen, in the above-entitled matter.

*David Stadolnik* RPL

David Stadolnik, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171

## ENTRY OF APPEARANCE

Now comes Ronald Langlois, Esquire, and hereby enters his appearance on behalf of Defendants, Eleanor I. Jensen and J. Wallace Jensen, in the above-entitled matter.

*Ron Langlois*

Ronald Langlois, Esq.
BBO # 285890
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970

## CERTIFICATE OF SERVICE

    I, Ronald Langlois, attorney for the Defendants, hereby certify that on June __, 2005, I served a copy of the within document on all counsel of record by mailing a copy of same, first class mail, postage prepaid, to:

| | |
|---|---|
| Rhonda T. Maloney, Esq. | Kenneth Lieberman, Esq. |
| Esdaile, Barrett & Esdaile | 5 East Pleasant Street |
| 75 Federal Street | Amherst, MA  01002 |
| Boston, MA  02110 | |

_____
Ronald Langlois