UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS ADLER,
    Plaintiff

VS.                              C.A. NO.: 04-10963 RGS

ELEANOR I. JENSEN AND
J. WALLACE JENSEN,
    Defendants

## DEFENDANT'S MOTION TO EXTEND
## DEADLINE TO DEPOSE FACT WITNESSES

    Now come the defendants, Eleanor I. Jensen and J. Wallace Jensen, in the above-entitled action and hereby move this Honorable Court to extend the time within which they may conduct the depositions of fact witnesses for 3 months. As grounds therefore, the defendants state that the current deadline for taking depositions is June 24, 2005. Although the parties are currently engaged in discovery, additional time is needed to complete this phase of litigation, and the defendants respectfully request that they be granted an additional 3 months to complete the depositions of fact witnesses. Moreover, due to the complexity of the matters at hand, the defendants respectfully request that the deadline be extended.

    WHEREFORE, the defendants pray that they be granted an additional 3 months to conduct depositions of fact witnesses up to and including September 24, 2005.

Defendants,
Eleanor I. Jensen and J. Wallace Jensen,
By their Attorneys,

*unknown*

/s/ Langlois
Ronald Langlois, BBO No. 285890
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970

Assented to:

/s/ Rhonda T. Maloney
Rhonda T. Maloney, BBO No. 549519
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA 02110
Tel: (617) 482-0333

## CERTIFICATION

TO:   Rhonda T. Maloney, Esquire
      ESDAILE, BARRETT & ESDAILE
      75 Federal Street
      Boston, MA 02110

      Kenneth Lieberman, Esquire
      381 College Street
      Amherst, MA 01002

I hereby certify that I mailed a true and accurate copy of the within to the above-listed attorney(s) on this ___ day of June, 2005.

/s/ Langlois