UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

)
DOUGLAS ADLER,                  )
            Plaintiff            )
                                )
v.                              )            CIVIL ACTION NO. 04-10963 RGS
                                )
ELEANOR I. JENSEN and           )
J. WALLACE JENSEN,              )
            Defendants           )
_____ )

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 15(B)**

NOW COMES Rhonda T. Maloney, attorney for the plaintiff in the above-entitled action

and hereby certifies that, in accordance with Local Rule 15(B), Plaintiff's Motion to Amend

Complaint By Adding Party Defendant, together with Plaintiff's Amended Complaint, which

were prematurely filed with the Court on or about May 2, 2005, have since been served on the

proposed new party, Howard Ivison Wall, Trustee of the Wallmark Realty Trust #2, together

with a letter stating the date on which the motion will be filed, as evidenced by the Deputy

Sheriff's Return of Service dated June 6, 2005, copies of which are attached hereto.

THE PLAINTIFF,
By his Attorney,


/s/ Rhonda T. Maloney
Rhonda T. Maloney, Esq.
BBO No. 549519
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA  02110
(617) 482-0333

DATED:  June 21, 2005

CERTIFICATE OF SERVICE

I, Rhonda T. Maloney of Esdaile, Barrett & Esdaile, attorney for the Plaintiff, hereby

certify that I have this day served a copy of Plaintiff's Certification of Compliance with Local

Rule 15(B) by first class mail, postage prepaid, to counsel for the defendant as follows:

Ronald Langlois, Esq.                    Kenneth Lieberman, Esq.
Smith & Brink, P.C.                      5 East Pleasant Street
1 State Street                           Amherst, MA  01002
Suite 400
Providence, RI  02904


/s/ Rhonda T. Maloney
Rhonda T. Maloney


DATED:  June 21, 2005