RETURN OF SERVICE

County of Dukes County, ss.                                                                                           June 6, 2005

       I hereby certify and return that I this day served an attested copy of the within two Attorney's Letters Dated May 31, 2005 and a Motion to amend complaint by adding party defendant, in this action, upon the within named defendant, Mr. Harold Wall, a/k/a Howard Wall of West Tisbury, Ma., in the following manner: by delivering, in hand, to said defendant.

Fee:          50.00

                                                *s/Linda J. Hanover*
                                                Linda J. Hanover
                                                Deputy Sheriff
                                                County of Dukes County


Subscribed and sworn before me at Edgartown this 6th day of June, 2005.


s/Cumthia Higham
Notary Public
My Commission Expires: May 28, 2010