May 31, 2005

Mr. Harold Wall
Oak Lane
West Tisbury, MA  02568

      Re:    Douglas Adler v. Eleanor I. Jensen and J. Wallace Jensen
             U.S. District Court, Docket No: 04-10963-RGS

Dear Mr. Wall:

      In compliance with United States District Court Local Rule 15.1(b), please be advised that I intend to re-file Plaintiff's Motion to Amend Complaint by Adding Party Defendant with the United States District Court on June 21, 2005.

                                          Very truly yours,

                                          Rhonda T. Maloney

RTM/km
cc:    David C. Stadolnik, Esq.
        Kenneth Lieberman, Esq.