UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOUGLAS ADLER,
    Plaintiff

v.

ELEANOR I. JENSEN,
J. WALLACE JENSEN, and
HOWARD IVISON WALL
TRUSTEE OF THE WALLMARK
REALTY TRUST #2,
    Defendants

CIVIL ACTION NO. 04-10963 RGS

## STIPULATION OF DISMISSAL

The parties hereto, by their attorneys, stipulate and agree that the Complaint and the Amended Complaint against the Defendants be dismissed with prejudice and without costs.

Respectfully submitted,

The Plaintiff,
Douglas Adler,
By his attorney,

The Defendants,
Eleanor I. Jensen, J. Wallace Jensen, and
Howard Ivison Wall Trustee of Wallmark
Realty Trust #2,
By their attorney,

_____
Rhonda T. Maloney, BBO# 549519
ESDAILE, BARRETT & ESDAILE
75 Federal Street, 16th Floor
Boston, MA 02110
(617) 482-0333

_____
Ronald Langlois, BBO# 285890
Smith & Brink, P.C.
1 State Street, Suite 400
Providence, RI 02908
(401) 351-9970

The Defendants,
Eleanor I. Jensen and J. Wallace Jensen,
By their attorney,

_____
Kenneth Lieberman, BBO# 544718
381 College Street
Amherst, MA 01002
(413) 586-0210

Dated: